**Appeal Dismissed and Memorandum Opinion filed November 21, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00647-CV

---

## IN THE MATTER OF THE MARRIAGE OF ROSA MORENO AND JOSE EDUARDO MORENO

---

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-16481**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed on August 22, 2019. The notice of appeal was filed August 23, 2019.

According to our records, appellant, Rosa Moreno, has not paid the appellate filing fee, and no evidence appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs); Tex. Gov't Code Ann. § 51.207. On October 1, 2019, this court ordered appellant to pay the appellate filing fee by October 11, 2019,

or the appeal would be dismissed. The filing fee has not been paid.

Further, no clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court that appellant did not make arrangements to pay for the record. On October 22, 2019, the court notified all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No such proof has been filed.

Accordingly, the appeal is **DISMISSED**. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM


Panel consists of Justices Wise, Jewell, and Poissant.